# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ANDREW GUTIERREZ,<br><br>        Petitioner,<br><br>vs.<br><br>R. SUBIA, WARDEN,<br><br>        Respondent. | CASE NO. SA CV 07-00472 VAP (RZ)<br><br>JUDGMENT |

    This matter came before the Court on the Petition of ANGEL ANDREW GUTIERREZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 4/30/08

                                        VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE